IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00028-MP-AK

HASSAN IBN MUHAMMAD,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 55, Motion to Continue Sentencing by Hassan Ibn Muhammad.  A teleconference was held during which the government indicated it had no objection.  Accordingly, the motion is granted and the sentencing in this case is hereby reset for Friday, March 24, 2006, at 10:00 a.m.

**DONE AND ORDERED** this  *17th*  day of February, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge