IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00028-MP-AK

HASSAN IBN MUHAMMAD,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc 66, the Motion to Continue Sentencing of Hassan Ibn Muhammad. A teleconference was held on May 25, 2006. As stated during the teleconference, the Motion is granted, and sentencing is hereby reset for Wednesday, June 21, 2006, at 10:00 a.m..

**DONE AND ORDERED** this  *30th*  day of May, 2006

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge