IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
v.                                                                      CASE NO. 1:05-cr-00028-MP-AK

HASSAN IBN MUHAMMAD,

    Defendant.
_____/

### O R D E R

This matter is before the Court on Doc. 75, Motion to Continue Sentencing by HASSAN IBN MUHAMMAD. A telephone conference was held in this case on June 20, 2006, during which the government indicated that it had no objection to the continuance. As stated during the conference, the motion is granted, and the sentencing is hereby reset for Friday, September 1, 2006, at 10:00 a.m.

    **DONE AND ORDERED** this  *28th*   day of June, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge