IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                              CASE NO. 1:05-cr-00028-MP-AK

HASSAN IBN MUHAMMAD,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 88, Emergency Motion to Continue Sentencing, filed by Hassan Ibn Muhammad. A hearing was held telephonically on November 1, 2006. As stated during the hearing, the motion is GRANTED and the sentencing is hereby reset for November 30, 2006, at 3:00 p.m.

**DONE AND ORDERED** this  *2nd*  day of November, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge