IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05-cr-00028-MP-AK

HASSAN IBN MUHAMMAD,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 96, Expedited Unopposed Motion to Continue Sentencing, filed by Hassan Ibn Muhammad. Because counsel for Defendant Muhammad is experiencing medical problems that prevent him from adequately representing the Defendant at current sentencing date, Defendant requests a continuance in his sentencing. The Government does not object to the continuance. Accordingly, the motion is GRANTED and the sentencing is hereby reset for January 31, 2007, at 10 a.m.

    **DONE AND ORDERED** this  *29th* day of November, 2006

                              *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge