IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:05-cr-00028-MP-AK

HASSAN IBN MUHAMMAD,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 101, Motion to Continue Sentencing by Hassan Ibn Muhammad. The motion is granted, and sentencing is hereby reset to March 22, 2007, at 3:00 p.m.

**DONE AND ORDERED** this  *26th*  day of January, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge