IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00028-MP-AK

HASSAN IBN MUHAMMAD,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 103, Motion to Continue Sentencing by Hassan Ibn Muhammad. The motion, which the government does not oppose, is granted. Sentencing is hereby reset for April 26, 2007, at 3:00 p.m.

**DONE AND ORDERED** this  *21st*  day of March, 2007

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge