IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                        CASE NO. 1:05-cr-00028-MP-AK

HASSAN IBN MUHAMMAD,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 105, Motion to Continue Sentencing by Hassan Ibn Muhammad. The motion is granted and the sentencing currently set for April 26, 2007, is hereby reset for Wednesday June 27, 2007 at 3:00 p.m.

    **DONE AND ORDERED** this  *26th*   day of April, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge