# UNITED STATES DISTRICT COURT
## Northern District of Florida

United States of America

v.

Hassan Ibn Muhammad

Case No.: 1:05cr28-002/MMP

USM No.: _____

_____/

Date of Original Judgment: __June 27, 2007__

Date of Previous Amended Judgment: _____

*(Use Date of Last Amended Judgment if Any)*                Defendant's Attorney

## Order on Motion for Sentence Reduction

☐ The Defendant   ☐ Director of the Bureau of Prisons   ☑ the court   has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u). Having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the court orders that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment.
*(as reflected in the last judgment issued)* of _____ months is **reduced** to _____.

*(Complete Part I, II or III of Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date: *November 9, 2011*

Signature of Judge

M. Casey Rodgers
Chief United States District Judge

Effective Date: _____

*(if different from order date)*                *Printed Name and Title of Judge*

Rec'd 1109'11UsDcFln3PM0439